| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 14 CR 632 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| KEVIN FAGAN<br>5860 SUNDOWN CIRCLE<br>ORLANDO, FLORIDA 32822 | EasternDistrict of New York | CRIMINAL |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Joan M. Azrack | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/18/2016 | TO 10/17/2019 |

OFFENSE

21 U.S.C. 952(a), 21 U.S.C. 960(a)(1), 21 U.S.C. 960(b)(3), Importation of Cocaine, a Class C Felony;
21 U.S.C. 841(a)(1), 21 U.S.C. 841(b)(1)(C), Possession of Cocaine with Intent to Distribute, a Class C Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  **EASTERN**  DISTRICT OF  **NEW YORK**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **MIDDLE DISTRICT OF FLORIDA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____          _____
*Date*                                              *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  _____  DISTRICT OF  _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____          _____
*Effective Date*                                *United States District Judge*

| Print | Save As... | Export | Import | Reset |

| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| | 14 CR 632 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| KEVIN FAGAN<br>5860 SUNDOWN CIRCLE<br>ORLANDO, FLORIDA 32822 | EasternDistrict of New York | CRIMINAL |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Joan M. Azrack | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 10/18/2016 | TO 10/17/2019 |

**OFFENSE**

21 U.S.C. 952(a), 21 U.S.C. 960(a)(1), 21 U.S.C. 960(b)(3), Importation of Cocaine, a Class C Felony;
21 U.S.C. 841(a)(1), 21 U.S.C. 841(b)(1)(C), Possession of Cocaine with Intent to Distribute, a Class C Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN</u> DISTRICT OF <u>NEW YORK</u>

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>MIDDLE DISTRICT OF FLORIDA</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____  _____
*Date*                    *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____  _____
*Effective Date*          *United States District Judge*

| Print | Save As... | Export | Import | Reset |